PROPOSED ORDER/COVER SHEET

**FILED**
AUG 2 3 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

TO: Honorable Wayne D. Brazil
U.S. Magistrate Judge

RE: CABATINGAN, MARK

FROM: Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

DOCKET NO.: 4-CR05-70426WDB

DATE: August 10, 2005

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

TAIFA M. GASKINS
U.S. Pretrial Services Officer

510-637-3750
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on Wednesday, 9/7/05 at 10:00 am.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____
_____
_____

/s/ Wayne D. Brazil                              8-23-05
JUDICIAL OFFICER                                 DATE

cc: WDB's stats, Copies to parties by ECF
Pretrial, Financial

Case 4:05-cr-00571-WDB   Document 6   Filed 08/23/05   Page 2 of 2



**To:** Honorable Wayne D. Brazil
U.S. Magistrate Judge

**From:** Taifa M. Gaskins
U.S. Pretrial Services Officer

**Subject:** Cabatingan, Mark
4-05-70426WDB

**Date:** August 9, 2005

**MEMORANDUM**

Your Honor,

On July 27, 2005, the above noted defendant initially appeared before the Court charged in a Criminal Complaint with a violation of Title 18, United States Code, Section 1001(a)(2) - Knowingly Make Material False Statements to a Government Agency in a Security Seal Application. He was released on his own recognizance without Pretrial Services supervision. Mr. Cabatingan's next court date is scheduled for a preliminary hearing or arraignment hearing on August 16, 2005, before Your Honor.

*Over to 9/7/05 10am*

In light of the defendant's arrest history, Pretrial Services would submit the enclosed record check report for Your Honor's review.

This memorandum is submitted for Your Honor's information and review.

Respectfully Submitted,

Taifa M. Gaskins
U.S. Pretrial Services Officer

Reviewed by

Silvio Lugo, Supervising
U.S. Pretrial Services Officer